UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20CR3226-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| **MAURO HERRERA,** | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by its counsel Assistant U.S. Attorney Mehrdad Barikbin, and defendant Mauro Herrera, by Frederick M. Carroll, jointly move to continue the Motion Hearing set for November 20, 2020 at 1:30 p.m. to December 18, 2020 at 1:30 p.m.

IT IS SO ORDERED that the joint motion is granted. The Motion Hearing shall be continued to December 18, 2020 at 1:30 p.m., with intervening time excluded under the Speedy Trial Act in the interests of justice.

IT IS SO ORDERED.

Dated: November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1